## 1001. FOUNTAIN v. THE STATE.

BROYLES, P. J. The only assignment of error in the bill of exceptions in this case is upon the refusal of the trial judge to grant an application

for bail, made by a defendant who had been convicted of voluntary manslaughter, and who had pending in this court a bill of exceptions to a judgment overruling his motion for a new trial. This court having this day affirmed the judgment of the lower court refusing a new trial in that case (*Fountain* v. *State*, ante, 113), the question raised in the present case became moot.

*Writ of error dismissed. Bloodworth, J., concurs. Stephens, J., not presiding.*

DECIDED NOVEMBER 23, 1918.

Application for bail; from Ben Hill superior court—Judge Crum. July 27, 1918.

*John W. Bennett, H. J. Quincey*, for plaintiff in error.

*J. B. Wall, solicitor-general*, contra.